**IN THE UNITED STATES BANKRUPTCY
COURT FOR THE DISTRICT OF MARYLAND
at   Baltimore**

In re:                                                    :
                                                          :
Nicholas Liparini                                         :     Case No.  22-12770
                                                          :     Chapter 13
                    Debtor.                               :
                                                          :

CERTIFICATE OF SERVICE OF CHAPTER 13 PLAN

*Select Section 1, A,B, or C, and complete Sections 2 and 3 if applicable, even if Section 1(A) is selected.*

1.      (Select A, B, or C):

___     A.      This is an original plan, filed concurrently with the Petition, which will be mailed by the Clerk to all creditors on the Matrix. [*THIS OPTION MAY ONLY BE USED WHEN THE PLAN IS FILED WITH THE PETITION*]

___     B.      AMENDED PLANS ONLY INCREASING PAYMENTS:   The Amended Chapter 13 Plan __ filed herewith / __ filed on_____, 20__, makes no changes from the last previously-filed plan other than to increase the amount payable under the plan. In such event, no service is required.

_x_     C.      ALL OTHER PLANS:  This is to certify that on September 14, 2022___, I caused the Chapter 13 Plan  _x_ filed herewith / __ filed on_____, 20 , to be mailed by first class mail, postage prepaid, to all addresses on the attached matrix or list. (If any parties on the matrix were served by CM/ECF instead of by mail, so indicate on the matrix with the email address served as indicated on the CM/ECF Notice of Electronic Filing).

Also served: copy of Order Denying Confirmation with Leave to Amend entered on 8/25/2022 dkt no 58.

I hereby certify that the foregoing is true and correct.

Dated:  September 14, 2022

                                                              /s/Ronald J. Drescher
                                                              Debtor, Counsel for Debtor, or other
                                                              Person effecting service