```
Ally Financial
200 Renaissance Ctr # B0
Detroit, MI 48243


Bank of America
PO Box 982238
El Paso, TX 79998


Beacon Sales Acquisition, Inc.
9912A Governor Land Blvd
Williamsport, MD 21795


Beacon Sales Aquisition, Inc. dba Allied Buil
9912A Governor Land Blvd
Williamsport, MD 21795


BGE
PO Box 1475
Baltimore, MD 21203


BGE
PO Box 13070
Philadelphia, PA 19101


Brantwood Community Association, Inc.
53041 Dorsey Hall Drive
Ellicott City, MD 21042


Capital One
PO Box 31293
Salt Lake City, UT 84131


Charles & Sally Ann Wargo
6501 Lock Hill Court
Baltimore, MD 21239


Charles Wargo
c/o Levy, Mann, Caplan, Hermann, Schwart
400 Redland Court, Ste 110
Owings Mills, MD 21117
```

Cliff M. Blondes
9800 Paw Paw Way
Rockville, MD 20850


Comptroller of Maryland
110 Carroll Street
Annapolis, MD 21411


Corporate Turnaround
95 Route 17 South, Ste 310
Paramus, NJ 07652


Cynthia Liparini
7725 Stoney Ridge Rd
Marriottsville, MD 21104


David S. Musgrave
Gordon Feinblatt LLC
1001 Fleet St, 7th Floor
Baltimore, MD 21202


Davis Agnor Rapaport Skalny
10211 Wincopin Circle, Ste 600
Columbia, MD 21044


Erie Insurance Co
c/o Brennan & Clark
721 E. Madison Street
Villa Park, IL 60181


Firstsource Advantage, LLC
205 Bryant Woods South
Amherst, NY 14228


Flux Fund One, LLC
c/o Sheldon Davis, Managing Member
10594 Edwardian Lane
New Market, MD 21774


Fulton Bank, NA

```
2005 City Line Road, Suite 302
Bethlehem, PA 18017


IRS
Centralized Insolvency Operation
P. O. Box 7346
Philadelphia, PA 19101


Jeffrey Nadel, Esq.
4041 Powder Mill Road, Suite 200
Beltsville, MD 20705


John Hopkins DME
c/o United Collection Bureau, Inc.
5620 Southwyck Blvd.
Toledo, OH 43614


John Hopkins Pharmquip
PO Box 418479
Boston, MA 02241


Nick Liparini
11363 Cotswold Spring Farm Lane
Ellicott City, MD 21042


Richard Sissman, Esq.
600 Jefferson Plaza, Suite 308
Rockville, MD 20852


Scott E. Nadel
4041 Powder Mill Road
Suite 200
Beltsville, MD 20705


Scott J. Newton, Esq.
9255 Lee Avenue
Manassas, VA 20110


Select Portfolio Servicing
PO Box 65250
Salt Lake City, UT 84165
```

Specialized Loan Servicing
6200 S. Quebec St., Ste 300
Ellicott City, MD 21042


Swift Financial, LLC
c/o Scott J. Newton, Esq.
9255 Lee Ave
Manassas, VA 20110


Swift Financial, LLC
3505 Silverside Rd, Suite 200
Wilmington, DE 19810


Vintage Security, LLC
c/o IC Systems, Inc.
PO Box 64378
Saint Paul, MN 55164


Wakefield & Associates
7005 Middlebrook Pike
Knoxville, TN 37909

By ecf:

Ronald J Drescher ecfdrescherlaw@gmail.com,
ron@clegolftour.com,
ecf2drescherlaw@gmail.com,
ecf@drescherlaw.com,
myecfdrescher@gmail.com,
284@notices.nextchapterbk.com,
heather@propelparalegal.com,
propel@drescherlaw.com

Rebecca A. Herr ecf@ch13md.com

Nikita Rajendra Joshi Nikita.Joshi@bww-law.com,
bankruptcy@bww-law.com

Bryan Mull bmull@gfrlaw.com

David S. Musgrave dmusgrave@gfrlaw.com,
tleonard@gfrlaw.com

Scott J. Newton newton@manassaslaw.com,

scottnewtonecf@gmail.com,
newtonsr72518@notify.bestcase.com

Daniel J. Pesachowitz dpesacho@siwpc.com,
rjones@siwpc.com,
bkreferrals@siwpc.com,
siwbkecf@siwpc.com,
siwpc@ecf.courtdrive.com,
siwattecf@siwpc.com

Susan Rachel Rapaport srapaport@darslaw.com