Entered: November 22nd, 2022
Signed: November 21st, 2022

**SO ORDERED**

The Court Instruction entered at ECF 84 was entered in error.



**MICHELLE M. HARNER**
**U.S. BANKRUPTCY JUDGE**

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
Baltimore Division

| | |
|---|---|
| IN RE: | Case No. 22-12770-MMH |
| NICHOLAS F LIPARINI | |
| AKA NICK LIPARINI | Chapter 13 |
|     Debtor | |
| _____ | |
| COLT 2020-RPL1 TRUST C/O | |
| SELECT PORTFOLIO SERVICING, INC. | |
|     Movant | |
| v. | |
| NICHOLAS F LIPARINI | |
| AKA NICK LIPARINI | |
|     Debtor/Respondent | |
| and | |
| CYNTHIA Y. LIPARINI | |
|     Co-Debtor/Co-Respondent | |
| and | |
| REBECCA A. HERR | |
|     Trustee/Respondent | |

### CONSENT ORDER ON MOTION FOR RELIEF FROM STAY AND CO-DEBTOR STAY

1. The above-styled Motion having been scheduled for a hearing before the Court on September 22, 2022, upon Notice of Assignment of Hearing to each of the above-captioned parties in interest, and it appearing to the Court that the parties consent hereto:

2. FURTHER IT IS HEREBY ORDERED that the Motion for Relief from Stay is denied, as the parties herein agree that the interest of Movant is adequately protected by payment and performance as more particularly set forth hereinafter.

3. FURTHER ORDERED that as of August 31, 2022, the post-petition arrearage is as follows, pursuant to the terms of the Note, as set forth in the chart below:

| Number of Missed Payments | From | To | Monthly Missed Principal and Interest | Monthly Missed Escrow (if applicable) | Monthly Payment Amount | Total of Monthly Payments Missed |
|---|---|---|---|---|---|---|
| 3 | 6/1/2022 | 8/1/2022 | $1,793.58 | N/A | $1,793.58 | $5,380.74 |
| Less post-petition partial payments (suspense balance): | | | | ($0.00) | | |

**Total: $5,380.74**

4. This arrearage shall be paid as follows:
Debtor is ordered to pay the total post-petition arrearage totaling a sum of $5,380.74 by amending/modifying the Bankruptcy plan on or before September 26, 2022.

5. Regular payments in the amount of $1,793.58 to be paid on or before September 1, 2022 and any additional amount as required or allowed by the Note and Security Instrument. Payments should be sent to: Select Portfolio Servicing, Inc. Attn: Remittance Processing P.O. Box 65450 Salt Lake City, UT 84165-0450.

6. FURTHER ORDERED that should Debtor(s) default in payment of any sum specified herein, or in any regular monthly mortgage payments which come due according to Movant's Loan Documents, for the life of the bankruptcy then upon notice of default sent by first class mail to Debtor(s), attorney for Debtor(s) and the Trustee, and failure of

Debtor(s) to cure such default within 10 days from the date of receipt of such notice, Movant may file a Certificate of Default, with service upon Debtor(s), attorney for Debtor(s) and the Trustee, and the Court may enter an Order releasing Movant from the automatic stay, without further notice or hearing.

7. FURTHER ORDERED that in the event relief from the automatic stay is later granted, the Trustee shall cease funding any balance of Movant's claim, and the provisions of Fed. R. Bank. P. 4001(a)(3) may be waived.

8. FURTHER ORDERED that upon completion of any foreclosure sale, any funds in excess of the amount due to Movant and to any subordinate lienholder(s) properly entitled to receive proceeds under applicable State Law that would otherwise be payable to the Debtor(s), shall be paid to the Trustee by the entity receiving the funds from the foreclosure sale for the benefit of the Estate while the Debtor(s) remains in bankruptcy.

9. FURTHER ORDERED that there having been no appearance by the Co-Debtor(s), the Motion for Relief from the Co-Debtor Stay is granted.

AGREED:

/s/ Nikita Joshi
Nikita Joshi, Esq., MD Fed. Bar No. 19720
BWW Law Group, LLC
6003 Executive Blvd, Suite 101
Rockville, MD 20852
P: 301-961-6555, F:301-961-6545
bankruptcy@bww-law.com
*Counsel for the Movant*

/s/ Ronald J Drescher
Ronald J Drescher.
10999 Red Run Blvd
Pmb 318
Suite 205
Owings Mills, MD 21117
*Counsel for Debtor*

## CERTIFICATION OF CONSENT

I HEREBY CERTIFY that the terms of the copy of the agreed order submitted to the Court are identical to those set forth in the original agreed order; and the signatures represented by the /s/_____ on this copy reference the signatures of consenting parties on the original agreed order.

/s/ Nikita Joshi
Nikita Joshi, Esq.

cc:

BWW Law Group, LLC
6003 Executive Blvd, Suite 101
Rockville, MD 20852

Rebecca A. Herr, Trustee
185 Admiral Cochrane Dr., Suite 240
Annapolis, MD 21401

Ronald J Drescher, Esq.
10999 Red Run Blvd
Pmb 318
Suite 205
Owings Mills, MD 21117

Nicholas F Liparini aka Nick Liparini
11363 Cotswold Sping Farm Lane
Ellicott City, MD 21042

Cynthia Liparini
11363 Cotswold Spring Farm
Ellicott City, MD 21042

Cynthia Liparini
7725 Stoney Ridge Rd
Marriottsville, MD 21104

**END OF ORDER**