Entered: November 22nd, 2022
Signed: November 21st, 2022

## SO ORDERED

This Order does not waive the provisions of FRBP 4001(a)(3).



**MICHELLE M. HARNER**
**U.S. BANKRUPTCY JUDGE**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**BALTIMORE DIVISION**

| | | |
|---|---|---|
| **IN RE:** | * | |
| NICHOLAS F LIPARINI | * | Case No.: 22-12770-MMH |
| AKA: NICK LIPARINI | | Chapter 13 |
| | * | |
| Debtor | | |
| | * | |
| *    *    *    *    *    *    * | * | |
| ALLY BANK | * | |
| Movant | * | |
| vs. | * | |
| NICHOLAS F LIPARINI | * | |
| | * | |
| Respondent(s) | * | |

**ORDER TERMINATING AUTOMATIC STAY**

Upon consideration of the Motion Seeking Relief from Automatic Stay and to Reclaim Property filed by the Movant, Ally Bank; and no opposition thereto having been filed by the Nicholas F Liparini, it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the automatic stay be, and it hereby is, terminated to allow Movant exercise and enforce its state law and contractual rights and remedies with regard to the vehicle subject to its purchase money security interest, namely, one 2015 Chevrolet Silverado 1500 Regular Cab Work Truck 4WD 4.3L V6, serial number 1GCNKPEHXFZ288735; and it is further

ORDERED, that upon recovery of said vehicle by Movant, it shall dispose of the same in a commercially reasonable manner and shall pay any surplus sale proceeds to the Respondent.

cc:      Michael J. Klima, Jr.
        #25562
        8028 Ritchie Highway, Ste. 300,
        Pasadena, MD 21122
        Telephone: (410) 768-2280
        Fax: (410) 553-9491
        JKlima@KPDLawgroup.com

        Nicholas F Liparini
        11363 Cotswold Spring Farm Lane
        Ellicott City, MD 21042


        ,

        Ronald J Drescher
        Ronald J. Drescher, ESQ.
        10999 Red Run Blvd, Pmb 318 Suite 205
        Owings Mills, MD 21117
        ecfdrescherlaw@gmail.com

        Rebecca A. Herr
        185 Admiral Cochrane Dr., Suite 240
        Annapolis, MD 21401
        ecf@ch13md.com

**End of Order**